# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Click here to enter Plaintiff(s).
UNITED STATES OF AMERICA

Plaintiff(s)

v.

Click here to enter Defendant(s).
KENNETH ARSENIAN

Defendant(s).

CASE NUMBER

21-CR-00571-DMG-1

**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY [54]**

☒ The Court hereby orders that the request of:

Kenneth Arsenian ☐Plaintiff ☒Defendant ☐Other
Name of Party

☒ to substitute Mark J. Werksman who is
☒ Retained Counsel ☐Counsel appointed by the Court (Criminal cases only) ☐Pro Se

888 West Sixth Street, Fourth Floor
Street Address

Los Angeles, CA 90017
City, State, Zip

mwerksman@werksmanjackson.com
E-Mail Address

(213) 688-0460
Telephone Number

(213) 624-1942
Fax Number

120767
State Bar Number

As attorney of record instead of Joseph P. Wilson
List ***all*** attorneys from same firm or agency who are withdrawing.

Richard G. Stack

**Is hereby ☒ GRANTED ☐ DENIED**

☒ The Court hereby orders that the request of: Joseph P. Wilson
List ***all*** attorneys from same firm or agency who are withdrawing.

to withdraw as attorney of record for Kenneth Arsenian

**Is hereby ☒ GRANTED ☐ DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated: May 31, 2024

Dolly M. Gee

Dolly M. Gee, Chief U.S. District Judge